AO 442 (Rev. 10/03) Warrant for Arrest

U.S. MARSHALS-GUAM
RECEIVED
27 JAN 2005 14:07:00

FILED
DISTRICT COURT OF GUAM
JAN 27 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

YU MAN YEN aka
KEE SANG JOFFRE CHEN aka TAI FAT LEE

## WARRANT FOR ARREST

Case Number: CR-05-00005-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    YU MAN YEN aka KEE SANG JOFFRE CHEN aka TAI FAT LEE
                                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

18:1029(a)(3) - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES

in violation of Title _____ United States Code, Section(s) _____

| JOAQUIN V.E. MANIBUSAN, JR. | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 1/27/2005    Hagatna, Guam |
| Title of Issuing Officer | Date    Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Sirena Plaza #100, Agana, GU

| DATE RECEIVED 1/27/2005 | NAME AND TITLE OF ARRESTING OFFICER Timothy L. Conway S/A | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 1/27/2005 | | |