AO 442 (Rev. 10/03) Warrant for Arrest
U.S. MARSHALS-GUAM
RECEIVED
27 JAN 2005 14 07 00

FILED
DISTRICT COURT OF GUAM
JAN 27 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of     GUAM

UNITED STATES OF AMERICA

V.

THIN LOO YAT aka
LEE THIN FOOK

**WARRANT FOR ARREST**

Case Number: CR-05-00005-002

③

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     THIN LOO YAT aka LEE THIN FOOK
                                                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☑ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

18:1029(a)(3) - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES

in violation of Title _____ United States Code, Section(s) _____

JOAQUIN V.E. MANIBUSAN, JR.           [signature]
Name of Issuing Officer                                  Signature of Issuing Officer

Magistrate Judge                     1/27/2005           Hagatna, Guam
Title of Issuing Officer                           Date                      Location

ORIGINAL

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Sirena Plaza #100, Agana, GU |

| DATE RECEIVED 1/27/2005 | NAME AND TITLE OF ARRESTING OFFICER Timothy L. Conway S/A | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 1/27/2005 | | |