♦AO 442    (Rev. 10/03)  Warrant for Arrest

```
       U.S. MARSHALS  GUAM                                              FILED
            RECEIVED    UNITED STATES DISTRICT COURT           DISTRICT COURT OF GUAM
      27 JAN 2005 14 07 00                                           JAN 27 2005
                                    District of _____ GUAM _____
                                                                    MARY L.M. MORAN
                                                                     CLERK OF COURT
```

UNITED STATES OF AMERICA

V.                                              **WARRANT FOR ARREST**

JAE HEE KIM aka YONG KIM               Case Number: CR-05-00005-003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      __JAE HEE KIM aka YONG KIM__
                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

18:1029(a)(3) - POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES

in violation of Title _____ United States Code, Section(s) _____

JOAQUIN V.E. MANIBUSAN, JR.               _[signature]_
Name of Issuing Officer                   Signature of Issuing Officer

Magistrate Judge                          1/27/2005          Hagatna, Guam
Title of Issuing Officer                  Date               Location

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Sirena Plaza #100, Agana, GU

| DATE RECEIVED 1/27/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/27/2005 | Timothy L. Conway S/A | _[signature]_ |