IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

DISTRICT COURT OF GUAM
JAN 27 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00005**     **DATE: 1/27/2005**     TIME: 2:54 p.m.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge     Law Clerk: Judith Hattori
Court Reporter: Wanda Miles     Courtroom Deputy: Virginia
Hearing Electronically Recorded: 2:54:09 - 3:12:00     CSO: F. Tenorio

## APPEARANCES

**DEFT: YU MAN YEN aka KEE SANG JOFFRE**     **ATTY: JOHN GORMAN**
   **CHEN aka TAI FAT LEE**     ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.
INTERPRETER: MIMI CLINARD     LANGUAGE: CHINESE     ( X ) PREVIOUSLY SWORN

**DEFT: THIN LOO YAT aka LEE THIN FOOK**     **ATTY: JOAQUIN C. ARRIOLA, JR.**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED
   (NO INTERPRETER REQUIRED)

**DEFT: JAE HEE KIM aka YONG KIM**     **ATTY: CURTIS VAN DE VELD**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

INTERPRETER: HEE-JUNG WONG     LANGUAGE: KOREAN     ( X ) PREVIOUSLY SWORN

U.S. ATTORNEY: ROSS STODDARD     AGENT: TIMOTHY COX, BUREAU OF IMMIGRATION AND
     CUSTOMS ENFORCEMENT
U.S. PROBATION: STEVE GULLIOTT     U.S. MARSHAL: V. ROMAN

**PROCEEDINGS:     INITIAL APPEARANCE RE COMPLAINT**

( ) COMPLAINT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVITS REVIEWED AND ACCEPTED: ATTORNEYS APPOINTED ( SEE ABOVE)
( ) DEFENDANT SWORN AND EXAMINED     AGE:___     HIGH SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
    OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( X ) PRELIMINARY EXAMINATION SET FOR: FEBRUARY 4, 2005 AT 2:00 P.M.
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( X )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court detained the defendants as per the report and recommendation received by the pretrial service office. No objection. Defense attorneys reserved the right to file a motion for release at a later date.