FILED
DISTRICT COURT OF GUAM
JAN 27 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YU MAN YEN aka KEE SANG JOFFRE CHEN aka TAI FAT LEE, et al.,<br><br>Defendants. | CRIMINAL CASE NO. 05-00005<br><br>ORDER |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **YU MAN YEN aka KEE SANG JOFFRE CHEN aka TAI FAT LEE**, **JOAQUIN C. ARRIOLA, JR.** is appointed to represent defendant **THIN LOO YAT aka LEE THIN FOOK** and **CURTIS VAN DE VELD** is appointed to represent defendant **JAE HEE KIM aka YONG KIM** in the above-entitled case.

Dated this 27th day of January, 2005.

JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM