YenYatKim.IND

LEONARDO M. RAPADAS
United States Attorney

RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB -2 2005

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

### FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00005 |
| Plaintiff. ) | **INDICTMENT** |
| ) | **POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES** |
| vs. ) | |
| ) | [18 U.S.C. §§ 1029(a)(3) and 2] |
| YU MAN YEN, aka KEE SAN ) | |
| JOFFRE CHEN, aka TAI FAT LEE, ) | |
| THIN LOO YAT, aka LEE THIN ) | |
| FOOK, and JAE HEE KIM, aka ) | |
| YONG KIM, ) | |
| Defendants. ) | |

THE GRAND JURY CHARGES:

On or about January 25, 2005, in the District of Guam, the defendants herein, YU MAN YEN aka KEE SANG JOFFRE CHEN, aka TAI FAT LEE, THIN LOO YAT, aka LEE THIN FOOK, and JAE HEE KIM, aka YONG KIM, each aided and abetted one by the other, did knowingly and with intent to defraud, possess fifteen or more counterfeit and unauthorized access devices, to-wit:

    (1)    EON Bank Visa, #4802-1324-6118-4684

    (2)    MBF Visa, #4901-0703-7618-5026

1

| | | |
|---|---|---|
| (3) | Citibank Visa, #4508-7315-0003-9275 | |
| (4) | Citibank Visa, #4570-0271-4670-2514 | |
| (5) | Citibank Visa, #4571-3740-2022-9829 | |
| (6) | Citibank Visa, #4929-4045-4901-9002 | |
| (7) | Hong Leong Bank Visa, #4547-1820-3002-5777 | |
| (8) | Hong Leong Bank Visa, #4541-8220-2004-2763 | |
| (9) | Hong Leong Bank Visa, #4520-8380-0070-7964 | |
| (10) | Hong Leong Bank Visa, #4547-1305-0085-3616 | |
| (11) | Southern Bank Berhad Visa, #4901-1791-0426-4878 | |
| (12) | Southern Bank Berhad Visa, #4920-89-0449-7213 | |
| (13) | DBS Bank Visa, #4567-1993-5814-7400 | |
| (14) | DBS Bank Visa, #4940-5252-7311-0925 | |
| (15) | DBS Bank Visa, #4940-1302-5026-8802 | |
| (16) | Citibank Mastercard, #5250-1175-4819-8009 | |
| (17) | Citibank Mastercard, #5275-0020-0611-4931 | |
| (18) | Citibank Mastercard, #5402-3681-0979-4010 | |
| (19) | DBS Bank Mastercard, #5543-9740-0483-3413 | |
| (20) | DBS Bank Mastercard, #5460-9758-0063-3237 | |
| (21) | Hong Leong Bank Mastercard, #5548-2725-7023-6870 | |
| (22) | Hong Leong Bank Visa, #4525-7314-1000-4467 | |
| (23) | Hong Leong Bank Visa, #4311-9510-0757-5764 | |
| (24) | Citibank Mastercard, #5301-2130-1876-7016 | |
| (25) | Hong Leong Bank Mastercard, #5434-6010-1972-2537 | |
| (26) | DBS Bank Mastercard, #5434-7784-0003-1577 | |
| (27) | HSBC Visa, #4534-5018-2701-7009 | |
| (28) | Affin Bank Visa, #4695-5400-0005-4368 | |
| (29) | Citibank Mastercard, #5418-9152-8917-1005 | |

(30) JCB International JCB, #3562-1503-0000-4626

(31) Hong Leong Bank Visa #4508-9888-2057-2050
(32) MBF Cards Visa, #4974-0770-0689-3624
(33) MBF Cards Visa, #4986-9512-1290-6105
(34) MFB Cards Visa, #4980-0394-3321-8132
(35) DBS Bank Visa, #4946-5502-1411-2321
(36) DBS Bank Visa, #4974-0173-3042-7566
(37) DBS Bank Visa, #4980-0356-6305-6143
(38) United Overseas Bank Visa, #4019-0140-0060-5743
(39) Hong Leong Bank Visa, #4541-1427-8138-7012
(40) Affin Bank Visa, #4009-1226-5361-4011
(41) DBS Bank Visa, #4129-8506-7474-0812
(42) DBS Bank Visa, #4901-1551-2300-2119
(43) Southern Bank Berhad Visa, #4923-8404-2014-5018
(44) Southern Bank Berhad Visa, #4918-8900-0232-1419
(45) Southern Bank Berhad Visa, #4921-8197-2017-3138
(46) Southern Bank Berhad Visa, #4925-2075-4616-5940
(47) Citibank Visa, #4009-4122-6261-0017
(48) Citibank Visa, #4060-0106-5175-4010
(49) Citibank Visa, #4564-7170-2009-2739
(50) Citibank Visa, #4809-3013-2357-0017
(51) EON Bank Visa, #4072-2090-2060-7661
(52) EON Bank Visa, #4049-7080-0127-4565
(53) EON Bank Visa, #4029-8862-0089-1001
(54) EON Bank Visa, #4402-8887-1553-2010
(55) EON Bank Visa, #4025-8101-0388-7001

3

|    |      |                                                        |
|----|------|--------------------------------------------------------|
| 1  | (56) | EON Bank Visa, #4270-3000-1002-9279                    |
| 2  | (57) | Standard Chartered Mastercard, #5546-3791-4567-1002    |
| 3  | (58) | HSBC Mastercard, #5413-3040-3772-6292                  |
| 4  | (59) | EON Bank Mastercard, #5187-1000-0290-7501              |
| 5  | (60) | Maybank Mastercard, #5187-1000-0028-8490               |
| 6  | (61) | Hong Leong Bank Mastercard, #5434-5801-2691-3082       |
| 7  | (62) | Hong Leong Bank Mastercard, #5232-5335-0531-2230       |
| 8  | (63) | Citibank Mastercard, #5353-1613-0437-4830              |
| 9  | (64) | Citibank Mastercard, #5400-1200-0085-2237              |
| 10 | (65) | Citibank Mastercard, #5402-7532-1003-1487              |
| 11 | (66) | Citibank Mastercard, #5410-2852-0102-1771              |
| 12 | (67) | Citibank Mastercard, #5279-4734-4953-7093              |
| 13 | (68) | Citibank Mastercard, #5413-3027-3121-6370              |
| 14 | (69) | Citibank Mastercard, #5255-0210-4818-6644              |
| 15 | (70) | DBS Bank Mastercard, #5413-8680-1981-8962              |
| 16 | (71) | DBS Bank Mastercard, #5491-0482-2063-0630              |
| 17 | (72) | DBS Bank Mastercard, #5250-0248-2747-9011              |
| 18 | (73) | DBSBank Mastercard, #5468-0131-2947-1014               |
| 19 | (74) | DBS Bank Mastercard, #5221-7500-4005-9299              |
| 20 | (75) | DBS Bank Mastercard, #5462-5871-6014-3448              |
| 21 | (76) | DBS Bank Mastercard, #5505-6650-6074-1047              |
| 22 | (77) | Citibank Visa, #4164-9301-5068-1858                    |
| 23 | (78) | Hong Leong Bank Visa, #4006-6760-1481-9901             |
| 24 | (79) | Citibank Mastercard, #5400-4221-2036-9260              |
| 25 | (80) | MBF Finance Mastercard, #4135-9300-0049-8327           |
| 26 | (81) | United Overseas Bank Visa, #4544-1620-0177-6403        |
| 27 | (82) | Citibank Visa, #4929-4285-0873-6009                    |
| 28 |      |                                                        |

4

| | | |
|---|---|---|
| (83) | EON Bank Mastercard, #5435-5671-1166-0025 |
| (84) | Hong Leong Bank Mastercard, #5460-9658-0008-2709 |
| (85) | HSBC Mastercard, #5417-1117-2290-0371 |
| (86) | HSBC Mastercard, #5547-6102-1184-0876 |
| (87) | Citibank Mastercard, #5400-4209-3003-2623 |
| (88) | Citibank Mastercard, #5353-1790-0185-2726 |
| (89) | Citibank Mastercard, #5299-3088-7683-4132 |
| (90) | Citibank Mastercard, #5266-1400-0024-9898 |
| (91) | Cibibank Mastercard, #5402-0700-1122-7226 |
| (92) | Citibank Mastercard, #5232-9209-5003-9923 |
| (93) | DBS Bank Mastercard, #5434-8012-0017-4239 |
| (94) | DBS Bank Mastercard, #5419-8224-0018-4595 |
| (95) | DBS Bank Mastercard, #5226-6000-7405-1610 |
| (96) | DBS Bank Mastercard, #5497-0129-0200-0219 |
| (97) | DBS Bank Mastercard, #5187-1800-0083-6563 |
| (98) | DBS Bank Mastercard, #5434-6896-0045-9015 |
| (99) | DBS Bank Mastercard, #5520-3352-0001-6376 |
| (100) | DBS Bank Mastercard, #5435-5690-0017-5552 |
| (101) | DBS Bank Visa, #4434-3200-0013-0476 |
| (102) | EON Bank Visa, #4367-4500-0000-9742 |
| (103) | Maybank Visa, #4272-0820-5783-8014 |
| (104) | Maybank Visa, #4294-8002-8321-1027 |
| (105) | Maybank Visa, #4129-8507-6496-1583 |
| (106) | MBF Cards Visa, #4462-6701-0124-8279 |
| (107) | MBF Cards Visa, #4405-0302-1189-7251 |
| (108) | MBF Cards Visa, #4402-6028-1068-7904 |
| (109) | MBF Cards Visa, #4404-3720-1116-5690 |

|   |                                                              |
|---|--------------------------------------------------------------|
| (110) | Citibank Visa, #4390-8830-0013-6639 |
| (111) | Citibank Visa, #4538-5130-3686-6924 |
| (112) | Citibank Visa, #4333-4740-3365-0018 |
| (113) | Citibank Visa, #4541-8260-3000-5413 |
| (114) | Citibank Visa, #4541-1534-2527-2015 |
| (115) | Citibank Visa, #4493-5370-4007-3873 |
| (116) | Citibank Visa, #4263-9348-4211-8200 |
| (117) | Citibank Visa, #4539-7204-8198-7027 |
| (118) | Citibank Visa, #4508-2624-1000-3219 |
| (119) | Citibank Visa, #4541-2073-1826-4008 |
| (120) | HSBC Mastercard, #5480-4100-1230-4068 |
| (121) | Citibank Visa, #4907-2437-0892-4107 |

in or affecting interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

DATED this \_\_\_2\_\_\_ day of February, 2005.

A TRUE BILL.

_____
Foreperson

LEONARD M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____ /s/ A. Bland for R.S.
RUSSELL C. STODDARD
First Assistant U.S. Attorney

_____
JEFFREY J. STRAND
Assistant U.S. Attorney

6