AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

**FILED**
DISTRICT COURT OF GUAM
FEB -3 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**YU MAN YEN aka
KEE SANG JOFFRE CHEN
aka TAI FAT LEE**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number:    CR-05-00005-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam**<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Date and Time<br>**Thursday, February 3, 2005 at 10:15 a.m.** |

To answer a(n)
X Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **1029(a)(3)**

Brief description of offense:

**POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR UNAUTHORIZED ACCESS DEVICES**

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**February 3, 2005**
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | |
|---|---|
| Service was made by me on:[1] | Date 2/3/2005 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS 520 West Soledad Ave Hagatna, Guam, 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 2/3/2005
Date

Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

U.S. MARSHALS--GUAM
RECEIVED
-3 FEB 2005 14:07:00

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.