AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT
DISTRICT OF _____ GUAM

United States of America

V.

JAE HEE KIM

**NOTICE**

CASE NUMBER: CR-05-00005-003

FILED
DISTRICT COURT OF GUAM
FEB -4 2005
MARY L.M. MORAN
CLERK OF COURT

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | X CRIMINAL |

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

**CONTINUED ARRAIGNMENT**

X TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Room 413** | Tuesday, February 08, 2005 at 1:30 p.m. | Tuesday, February 08, 2005 at 11:15 a.m. |

MARY L.M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

February 4, 2005
DATE

(BY) DEPUTY CLERK

TO: U.S. Attorney's Office
Curtis Van de Veld
U.S. Probation Office
U.S. Marshal Service