# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00005-002**          **DATE: 3/14/2005**          **TIME: 1:57 p.m.**

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 1:57:15 - 2:17:24

Law Clerk: J. Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: J. Lizama / B. Benavente

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: THIN LOO YAT**          **ATTY : JOAQUIN C. ARRIOLA, JR.**

( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: ROSS STODDARD**          **AGENT:**

**U.S. PROBATION: MARIA CRUZ**          **U.S. MARSHAL: P. RABINA**

**INTERPRETER:_____**          ( ) SWORN    LANGUAGE: _____
                                         ( ) PREVIOUSLY SWORN

**PROCEEDINGS:   CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE:_____ HIGH SCHOOL COMPLETED: __High School__
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED:  ( X ) *GUILTY*  ( ) *NOT GUILTY* - TO: COUNT I
( ) COUNT(S)_____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __JUNE 13, 2005__ at __10:00 A.M.__    ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __MAY 9, 2005__
( ) PRELIMINARY EXAMINATION SET FOR:_____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

NOTES:

**Defendant consented to have his change of plea heard before a U.S. Magistrate Judge.**

**Pen and ink changes made to the plea agreement: 1) Page 2, line 24, after the word additional insert the**

**words"two year", 2) Page 3, strike the Fifth element and insert the following paragraph:**

**To prove the defendant guilty of aiding and abetting, the government must prove each of the following**

elements beyond a reasonable doubt:

1.  The offense of Possession of Fifteen or More Counterfeit or Unauthorized Access Devices was committed by someone;

2.  The Defendant knowingly and intentionally aided, counseled, commanded, induced or procured that person to commit the offense of Possession of Fifteen or More Counterfeit or Unauthorized Access Devices; and

3.  The Defendant acted before the crime was completed.

The Court signed the report and recommendation concerning defendant's plea of guilty.