FILED
DISTRICT COURT OF GUAM
MAR 23 2005
MARY L.M. MORAN
CLERK OF COURT

VAN DE VELD SHIMIZU CANTO & FISHER
Curtis C. Van de veld, Esq.
Suite 101, Dela Corte Bldg.
167 E. Marine Corps Drive
Hagåtña, Guam 96910
Tel.: (671) 472-2863
Fax: (671) 472-2886

Attorney for Defendant: JAE HEE KIM

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>JAE HEE KIM,<br>　　　　Defendant. | Criminal Case No. 05-00005-003<br><br>[Proposed]<br>**ORDER SETTING HEARING FOR DEFENDANT TO CHANGE PLEA** |

THIS MATTER having come before the court upon the request of Defendant JAE HEE KIM through Defendant's court appointed counsel, Mr. Curtis C. Van de veld, Esq., for a hearing to be held so that Defendant may change of Defendant's plea of record, the court orders that the matter be set for hearing on _Tuesday, March 29, 2005_ at the hour of _2:00 pm_.

SO ORDERED: this _3/23/05_.

_/s/ Joaquin V.E. Manibusan, Jr._
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

CCV:ccv
VSCF/J. H. KIMCR000563

RECEIVED
MAR 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM
ORIGINAL