# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00005-003**     **DATE: 04/01/2005**     **TIME: 11:20**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding       Law Clerk: J. HATTORI
Court Reporter: Wanda Miles                                           Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded : 11:20:57 - 11:58:14                 CSO: B. Benavente

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* **A P P E A R A N C E S** \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFT:** __JAE HEE KIM__                                    **ATTY :** __CURTIS VAN DE VELD__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.             ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID                              **AGENT:**

**U.S. PROBATION:** CARLEEN BORJA                             **U.S. MARSHAL:** P. RABINA

**INTERPRETER:** __HEE JUNG WONG, previously sworn__         **LANGUAGE:** __KOREAN__

**PROCEEDINGS:**     **CHANGE OF PLEA**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED    **AGE:** _32_    HIGH SCHOOL COMPLETED: _High School Graduate_
( X ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
   OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: POSSESSION OF FIFTEEN OR MORE COUNTERFEIT OR
                                                         UNAUTHORIZED ACCESS DEVICES
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: _JULY 8, 2005 at 10:00 A.M._  ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: _MAY 27, 2005_
( ) PRELIMINARY EXAMINATION SET FOR: _____ at _____
( ) ARRAIGNMENT SET FOR_____    at _____
( ) TRIAL SET FOR:

PROCEEDINGS CONTINUED TO: _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant consented to enter his guilty plea before a U.S. Magistrate Judge. Defendant entered his plea of guilty without a written agreement. The Court signed the report and recommendation concerning defendant's plea of guilty.