JOHN T. GORMAN
Federal Public Defender
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111

Attorney for Defendant
YU MAN YEN

**FILED**
DISTRICT COURT OF GUAM
APR -4 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 05-00005 |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL DATE AND |
| vs. | ) EXCLUDING TIME |
| YU MAN YEN, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for April 4, 2005, at 9:30 a.m., be continued for approximately two weeks to the third week of April, 2005, or a date convenient for the Court's calendar. The parties are in the final stages of guilty plea negotiations and both side anticipate a non-trial disposition of this matter.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including April 4, 2005, to and including ___April 18___, 2005, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit

that this continuance is in Mr. Yen's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Yen has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

    IT IS SO STIPULATED:

    DATED: Mongmong, Guam, April 4, 2005.

| | |
|---|---|
| JOHN T. GORMAN<br>Attorney for Defendant<br>YU MAN YEN | RUSSELL C. STODDARD<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA |

    IT IS APPROVED AND SO ORDERED that the Defendant's Trial presently scheduled for April 4, 2005 at 9:30 a.m., be continued to April __18__, 2005, at __9:30__ a.m.

    DATED: Hagatna, Guam, __4/4/05__.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**RECEIVED**
APR - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM