IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
APR -8 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00005-001**   **DATE: 04/08/2005**   TIME: 2:09 p.m.

HON. JOAQUIN V. E. MANIBUSAN JR., Magistrate Judge   Law Clerk: Judith Hattori
Court Reporter: Wanda Miles   Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 2:09:03 -2:40:58   CSO: N. Edrosa / J. Lizama

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*A P P E A R A N C E S\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** <u>YU MAN YEN aka KEE SANG JOFFRE CHEN aka TAI FAT LEE</u>   **ATTY:** <u>JOHN GORMAN</u>
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD   **AGENT:** CHIKO HOGE, BUREAU OF IMMIGRATION & CUSTOMS ENFORCEMENT

**U.S. PROBATION:** STEVE GUILIOTT   **U.S. MARSHAL:** P. RABINA

**INTERPRETER:** <u>FOO MEE CLINARD, Previously sworn</u>   **LANGUAGE:** <u>Chinese Mandarin</u>

**PROCEEDINGS:   CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: <u>56</u>   HIGH SCHOOL COMPLETED: <u>HIGH SCHOOL</u>
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: <u>COUNT I</u>
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.
( X ) SENTENCING DATE: <u>JULY 7, 2005</u> at <u>10:00 A.M.</u>   ( ) STATUS HEARING:_____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: <u>JUNE 2, 2005</u>
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHAL

**NOTES:**

<u>Parties presented the Court with a second amended plea agreement. The Court executed the report and recommendation concerning defendant's plea of guilty.</u>