TYat.APR

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> THIN LOO YAT, ) <br> a/k/a LEE THIN FOOK, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00005-002 <br><br> **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |

Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 17th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

-1-

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on May 17, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in <u>United States v. Thin Loo Yat, a/k/a Lee Thin Fook</u>, Criminal Case No. 05-00005-002 to the following counsel:

>Joaquin C. Arriola, Jr.
>Suite 201, C&A Professional Bldg.
>259 Martyr Street
>Hagåtña, Guam 96910
>
>FAX: 477-9734

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney

- 2 -

Case 1:05-cr-00005   Document 47   Filed 05/17/2005   Page 2 of 2