IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING


FILED
DISTRICT COURT OF GUAM
JUL -8 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00005-003**       **DATE: 07/08/2005**       **TIME: 10:23 a.m.**

HON. **ROBERT M. TAKASUGI**, Designated Judge, Presiding      Law Clerk: NONE PRESENT
Official Court Reporter: Wanda Miles                                               Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded - RUN TIME: 10:23:19 - 10:27:06      CSO: D. Quinata / F. Tenorio

***********************A P P E A R A N C E S***********************

**DEFT:** __JAE HEE KIM__                                      **ATTY :** __CURTIS VAN DE VELD__
(X) PRESENT  (X) CUSTODY  ( ) BOND  ( ) P.R.      (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD                **AGENT:**

**U.S. PROBATION:** CARLEEN BORJA                       **U.S. MARSHAL:** S. LUJAN / W. GRAY

**INTERPRETER:** __HEE JUNG WONG, previously sworn__       **LANGUAGE:** __KOREAN__

---

( ) ARGUMENT FOR A DOWNWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE ___ GRANTED
      COURT DEPARTS TO A LEVEL _____ FROM A LEVEL _____

( ) ARGUMENT FOR AN UPWARD DEPARTURE BY THE ___ GOVERNMENT ___ DEFENSE

( ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
      Base offense level:              Total offense level:              Criminal History Category:

      **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


**NOTES/OTHER MATTERS:**

Defense requested the Court to continue the sentencing because he intends to raise two issues which may reduce Defendant's sentencing range. Government did not object, however, he stated that he has not received any filings from Defense regarding the guidelines. He further stated that he will be off-island from August 1 through the 22nd and requested that the continuance be set for sometime after his return. Defendant had no objection to the continuance. The Court continued the sentencing to August 29, 2005 at 10:30 A.M. Defense stated that he will serve and file his memorandum two weeks prior to the sentencing date.