## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 05-00005 |
| Plaintiff, | ( | NOTICE OF APPEAL |
| vs. | ( | |
| JAE HEE KIM, | ( | |
| Defendant. | ( | |

------------

Notice is hereby given that Jae Hee Kim, the defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of conviction and the otherwise final sentence and each of them entered in this action on the 2nd day of September, 2005.

Dated at Hagåtña, Guam, this 19th day of September, 2005.

_____
JAE HEE KIM
Defendant

(Documents\NoticeofAppeal.JEKim)

**FILED**
DISTRICT COURT OF GUAM

SEP 1 9 2005 ᾱᶂ

MARY L.M. MORAN
CLERK OF COURT

ORIGINAL