# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jae Hee Kim aka Yong Kim,<br><br>　　　　　Defendant. | Case No. 1:05-cr-00005-003<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 20 Voucher, CJA 21 Voucher and the CJA 24 Voucher filed March 21, 2006,* on the dates indicated below:

*Curtis C. Van de Veld*
*March 21, 2006*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 20 Voucher, CJA 21 Voucher and the CJA 24 Voucher filed March 21, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 21, 2006　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk