UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10633 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00005-SJO |
| v. | District of Guam, Agana |
| JAE HEE KIM, | |
| Defendant - Appellant. | ORDER |

FILED
DISTRICT COURT OF GUAM
MAR 27 2007
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

Appellant's opening brief was due April 26, 2006. On September 29, 2006, and again on February 3, 2007, the court ordered appellant's appointed counsel, Curtis C. Van de Veld, Esq., to file the opening brief within 14 days and file a motion for relief from default. To date, counsel has not complied with the court's order.

The court, on its own motion, relieves Curtis C. Van de Veld, Esq., 167 East Marine Corps Drive, Hagåtña, Guam 96910, (671) 472-1131, as appellant's counsel of record. New counsel will be appointed by separate order. No compensation shall be awarded to counsel Van de Veld under the Criminal Justice Act for this representation.

The Clerk shall serve a copy of this order by facsimile transmission on Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam 96910, (FAX: (671) 473-9152), who will locate appointed counsel. The district court

05-10633

shall provide this court with the name and address of appointed counsel within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by May 1, 2007. The transcript is due May 31, 2007. Appellant's opening brief and excerpts of record are due July 10, 2007; appellee's answering brief is due August 9, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

Within 14 days after the filing date of this order, Curtis C. Van de Veld, Esq., shall show cause in writing why this court should not impose on counsel Van de Veld monetary sanctions not less than $1000 and deem counsel Van de Veld ineligible to receive appellate appointments under the Criminal Justice Act. Failure to file a timely response or to provide an adequate explanation may result in the imposition of sanctions without further notice.

The Clerk shall serve this order by certified mail (return receipt requested) on former counsel Van de Veld.

_____
*Peter L. Shaw*
General Order 6.3(e)

S:\MOATT\Cmshords\03.07\ahh\05-10633.wpd        2.