FILED
DISTRICT COURT OF GUAM
MAR 27 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>**JAE HEE KIM,**<br><br>        Defendant. | CRIMINAL CASE NO. **05-00005-003**<br>Court of Appeals No. **05-10633**<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **RAWLEN MANTANONA** is appointed to represent the defendant in the above-entitled case pursuant to the Order issued from the Ninth Circuit Court of Appeals, filed March 27, 2007

Dated this 27th day of March, 2007.

/s/ Joaquin V. E. Manibusan, Jr.
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL