FILED

JUN 07 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 05-10633 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00005-SJO |
| v. | District of Guam, Agana |
| JAE HEE KIM, | ORDER |
| Defendant - Appellant. | |

FILED
DISTRICT COURT OF GUAM

JUN -8 2007 mba

MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner.

The renewed motion of Rawlen Mantanona, Esq., 825 South Marine Corps Drive, Tamuning, Guam 96913, (671) 646-2001, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910, (FAX: (671) 473-9152), who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by July 16, 2007. The transcript is due August 15, 2007. Appellant's opening brief and excerpts of record are due September 24, 2007; appellee's answering brief is due October 24,

05-10633

2007; and the optional reply brief is due within 14 days after service of the answering brief.

_____
*[signature: Peter L. Shaw]*
General Order 6.3(e)

S:\MOATT\Cmshords\06-07\ahh\05-10633.wpd    2