**AO 435**
(Rev. 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

| 1. NAME<br>PHILLIP A. TREVINO | 2. PHONE NUMBER<br>(213) 949-8000 | 3. DATE<br>8/21/2007 |
|---|---|---|

| 4. MAILING ADDRESS<br>137 N. LARCHMONT #801 | 5. CITY<br>LOS ANGELES | 6. STATE<br>CA | 7. ZIP CODE<br>90004 |
|---|---|---|---|

| 8. CASE NUMBER<br>CR-05-00005-003 | 9. JUDGE<br>Joaquin V.E. Manibusan, Jr. | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 10. FROM 4/1/2005 | 11. 4/1/2005 |

| 12. CASE NAME<br>USA vs KIM | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 13. | 14. |

**15. ORDER FOR**
- [X] APPEAL
- [ ] NON-APPEAL
- [X] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE |  | [ ] TESTIMONY (Specify Witness) |  |
| [ ] OPENING STATEMENT (Plaintiff) |  |  |  |
| [ ] OPENING STATEMENT |  |  |  |
| [ ] CLOSING ARGUMENT (Plaintiff) |  | [ ] PRE-TRIAL PROCEEDING |  |
| [ ] CLOSING ARGUMENT (Defendant) |  |  |  |
| [ ] OPINION OF COURT |  |  |  |
| [ ] JURY INSTRUCTIONS |  | [X] OTHER (Specify) |  |
| [ ] SENTENCING |  | Change of Plea Hearing | 4/1/2005 |
| [ ] BAIL HEARING |  |  |  |

**FILED**
**DISTRICT COURT OF GUAM**
**AUG 21 2007**
**JEANNE G. QUINATA**
**Clerk of Court**

**17. ORDER**

| CATEGORY | ORIGINAL<br>(Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES |  |  |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES |  |  |
| DAILY | [ ] | [ ] | NO. OF COPIES |  |  |
| HOURLY | [ ] | [ ] | NO. OF COPIES |  |  |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

| | |
|---|---|
| 18. SIGNATURE *[signed]* | ESTIMATE TOTAL: 0.00 |
| 19. DATE 20 AUG 07 | PROCESSED BY |
| TRANSCRIPT TO BE PREPARED BY | PHONE NUMBER |
| | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 8/21/07 | [initials] | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

**ORIGINAL**

| | | | | | | |
|---|---|---|---|---|---|---|
| AO 435 (Rev. 12/03) | | Administrative Office of the United States Courts | | | FOR COURT USE ONLY | |
| Please Read Instructions above | | TRANSCRIPT ORDER | | | DUE DATE: | |
| 1. NAME PHILLIP A. TREVINO | | 2. PHONE NUMBER (213) 949-8000 | | 3. DATE 8/21/2007 | | |
| 4. MAILING ADDRESS 137 N. Larchmont #801 | | 5. CITY Los Angeles | | 6. STATE CA | 7. ZIP CODE 90004 | |
| 8. CASE NUMBER CR-05-00005-003 | 9. JUDGE Joaquin V.E. Manibusan, Jr. | DATES OF PROCEEDINGS | | | | |
| | | 10. FROM 4/1/2005 | | 11. 4/1/2005 | | |
| 12. CASE NAME USA vs KIM | | LOCATION OF PROCEEDINGS | | | | |
| | | 13. | | 14. | | |

15. ORDER FOR
[X] APPEAL  [X] CRIMINAL  [ ] CRIMINAL JUSTICE ACT  [ ] BANKRUPTCY
[ ] NON-APPEAL  [ ] CIVIL  [ ] IN FORMA PAUPERIS  [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) Change of Plea Hearing | 4/1/2005 - 4/1/2005 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

FILED
DISTRICT COURT OF GUAM
AUG 21 2007
JEANNE G. QUINATA
Clerk of Court

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]

19. DATE 20 AUG 07

ESTIMATE TOTAL 0.00

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
DISTRIBUTION:  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY