UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Court of Appeals** |
| | ) | **Docket Number   05-10633** |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | District Court |
| | ) | Docket Number   **CR-05-00005-003** |
| | ) | |
| JAE HEE KIM, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

## AMENDED CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.


JEANNE G. QUINATA, Clerk of Court
DISTRICT COURT OF GUAM

By: _Marilyn B. Alcon_
        Deputy Clerk

Dated: _____August 28, 2007_____

| AO 435<br>(Rev. 12/03)<br>*Please Read Instructions above* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|

| 1. NAME<br>PHILLIP A. TREVINO | | 2. PHONE NUMBER<br>(213) 949-8000 | 3. DATE<br>8/21/2007 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS<br>*137 N. Larchmont #801* | | 5. CITY<br>*LOS ANGELES* | 6. STATE<br>*CA* | 7. ZIP CODE<br>*90004* |
| 8. CASE NUMBER<br>CR-05-00005-003 | 9. JUDGE<br>Joaquin V.E. Manibusan, Jr. | DATES OF PROCEEDINGS | | |
| 12. CASE NAME<br>USA vs KIM | | 10. FROM 4/1/2005 | 11. 4/1/2005 | |
| | | LOCATION OF PROCEEDINGS | | |
| 15. ORDER FOR | | 13. | 14. | |

15. ORDER FOR
[X] APPEAL    [ ] NON-APPEAL    [X] CRIMINAL    [ ] CIVIL    [ ] CRIMINAL JUSTICE ACT    [ ] IN FORMA PAUPERIS    [ ] BANKRUPTCY    [ ] OTHER

16. TRANSCRIPT REQUESTED

PORTIONS: VOIR DIRE, OPENING STATEMENT (Plaintiff), OPENING STATEMENT, CLOSING ARGUMENT (Plaintiff), CLOSING ARGUMENT (Defendant), OPINION OF COURT, JURY INSTRUCTIONS, SENTENCING, BAIL HEARING

[ ] TESTIMONY, [ ] PRE-TRIAL PROCEEDING, [X] OTHER (Specify) Change of Plea Hearing 4/1/2005 - 4/1/2005

**FILED**
**DISTRICT COURT OF GUAM**
AUG 21 2007
JEANNE G. QUINATA
Clerk of Court

17. ORDER

| CATEGORY | ORIGINAL | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

ESTIMATE TOTAL 0.00

18. SIGNATURE *[signature]*
19. DATE 20 AUG 07

PROCESSED BY
PHONE NUMBER
TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
DISTRIBUTION:  COURT COPY  TRANSCRIPTION COPY  ORDER RECEIPT  ORDER COPY

COPY