ROSSANNA VILLAGOMEZ-AGUON
Acting Chief Probation Officer
CHRISTOPHER J. DUENAS
U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 473-9201
Facsimile: (671) 473-9202

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00005-003 |
| Plaintiff, | ) | |
| vs. | ) | |
| JAE HEE KIM | ) | **ORDER** |
| Defendant. | ) | |

Pursuant to the above-report, it is ordered that the U.S. Probation Office is authorized to release the pre-sentence investigation report and any amendments to the report to the defendant's appellate attorney, Mr. Phillip A. Tevino.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: Oct 30, 2007**